#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.* <br><br> Defendants. | Case No.  1:18-cv-03086-DLF <br> The Hon. Judge Friedrich |

### JOINT STATUS REPORT

Pursuant to this Court's February 14, 2019 Minute Order instructing the parties to file a joint status report regarding the impact of the confirmation as Attorney General of William P. Barr on the pending motion in this case, the parties hereby state as follows:

1) Plaintiffs have moved for a preliminary injunction in part on the basis of Acting Attorney General Whitaker's designation, and in part on other grounds.

2) The parties agree that, as to the other grounds on which a preliminary injunction has been sought, the confirmation of Attorney General Barr has no effect.

3) As to the portion of the motion based on Acting Attorney General Whitaker's designation, the parties agree that the confirmation of Attorney General Barr does not presently affect Plaintiffs' motion.

4) If Attorney General Barr were to take further action related to the Final Rule, such as ratifying or re-issuing it, the parties reserve their rights to take an appropriate position regarding the effect of any such action on the pending motion at that time.

Dated: February 15, 2019            Respectfully submitted,

                                                      JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director


/s/
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for Defendants*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001
*Counsel for Plaintiffs*