UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants.* | No. 18-cv-2988 (DLF) |
| DAVID CODREA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM P. BARR,[1] Attorney General, *et al.*, <br><br> *Defendants.* | No. 18-cv-3086 (DLF) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that plaintiff Damien Guedes's Motion for a Preliminary Injunction, Dkt. 2, No. 18-cv-2988, is **DENIED**;

**ORDERED** that plaintiff Firearms Policy Coalition's Motion for a Preliminary Injunction, Dkt. 2, No. 18-cv-3083, is **DENIED**; and

---

[1] When this suit began, Matthew G. Whitaker was the Acting Attorney General. When William P. Barr became Attorney General, he was automatically substituted. *See* Fed. R. Civ. P. 25(d).

**ORDERED** that plaintiff David Codrea's Motion for a Preliminary Injunction, Dkt. 5, No. 18-cv-3086, is **DENIED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

February 25, 2019