IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Civil Action No. 18-cv-3086-DLF |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Come now David Codrea, Scott Heuman and Owen Monroe ("Plaintiffs") and hereby appeal to the United States Court of Appeals for the District of Columbia, from the Order denying Plaintiffs' Motion for Preliminary Injunction and Memorandum associated with said entry [Docket Nos. 21 & 22] entered on February 25, 2019.

Plaintiffs would further request expedited treatment in this appeal due to the urgency of the Final Rule going into effect on March 26, 2019.

Dated: February 25, 2019

| | |
|---|---|
| */s/Stephen D. Stamboulieh* | Alan Alexander Beck |
| Stamboulieh Law, PLLC | Law Office of Alan Beck |
| P.O. Box 4008 | 2692 Harcourt Drive |
| Madison, MS  39130 | San Diego, CA  92123 |
| (601) 852-3440 | (619) 905-9105 |
| stephen@sdslaw.us | Alan.alexander.beck@gmail.com |
| DC District Court Bar# MS0009 | DC District Court Bar# HI001 |
| *Counsel for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

      I, Stephen D. Stamboulieh, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: February 25, 2019.

                              */s/ Stephen D. Stamboulieh*
                              Stephen D. Stamboulieh