# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br>   *et al.*<br><br>   Plaintiffs,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO<br>FIREARMS, AND EXPLOSIVES,<br>   *et al.*<br><br>   Defendants. | Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

## JOINT PROPOSED SCHEDULE

Pursuant to this Court's February 25, 2019 Minute Order instructing the parties to propose a schedule for further proceedings, the parties hereby report as follows:

1) The appeal of this Court's Memorandum Opinion and Order denying plaintiffs' motion for preliminary injunction, ECF Nos. 21 & 22, remains pending in the United States Court of Appeals for the District of Columbia Circuit as D.C. Circuit Case No. 19-5044. Argument is currently scheduled for March 22, 2019.

2) Plaintiffs anticipate amending their complaint following final resolution of the pending appeal, and Defendants have agreed not to oppose the filing of the planned Second Amended Complaint.

3) Defendants anticipate that an administrative record will provide the foundation for further proceedings in this matter.

4) Based on these considerations, the parties propose the following schedule:

- Plaintiffs shall file their Second Amended Complaint no later than 30 days following final resolution of their appeal of the Court's Memorandum Opinion and Order;
- Defendants shall have 30 days from the filing of the Second Amended Complaint in which to answer, move, or otherwise respond to that pleading.  Defendants' obligation to answer, move, or respond to the First Amended Complaint, ECF No. 17, shall be stayed in the interim.
- Pursuant to LCvR 7(n), Defendants shall file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint (or simultaneously with the filing of a dispositive motion), whichever occurs first.  Defendants shall provide a copy of the administrative record to Plaintiffs within 5 days of the filing of the list of its contents.
-  Within 30 days of Plaintiffs' receipt of the administrative record, the parties shall meet, confer, and file a joint status report with the Court setting forth their positions on further proceedings, including:
    o Whether the case may be decided on the basis of the administrative record;
    o Whether any dispute exists over the sufficiency of the administrative record;
    o A proposed schedule for resolution of any issues that need to be addressed prior to summary judgment briefing, and if no such issues exist, a proposed schedule for briefing cross-motions for summary judgment.

Dated: March 18, 2019						Respectfully submitted,

							JOSEPH H. HUNT
							Assistant Attorney General

							JOHN R. TYLER
							Assistant Branch Director


							/s/
							ERIC J. SOSKIN (PA Bar #200663)
							Senior Trial Counsel
							Federal Programs Branch
							U.S. Department of Justice, Civil Division
							1100 L Street, NW Rm. 12002
							Washington, DC 20530
							Telephone: (202) 353-0533
							Fax: (202) 616-8470
							Email: Eric.Soskin@usdoj.gov
							*Counsel for Defendants*

							*/s/ Stephen D. Stamboulieh*
							Stephen D. Stamboulieh
							Stamboulieh Law, PLLC
							P.O. Box 4008
							Madison, MS 39130
							(601) 852-3440
							stephen@sdslaw.us
							DC District Court Bar# MS0009

							*/s/ Alan Alexander Beck*
							Alan Alexander Beck
							Law Office of Alan Beck
							2692 Harcourt Drive
							San Diego, CA 92123
							(619) 905-9105
							Alan.alexander.beck@gmail.com
							DC District Court Bar# HI001