UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.*<br><br>　　　　　Defendants. | Case No.  1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

**JOINT STATUS UPDATE**

　　　Pursuant to this Court's March 18, 2019 Minute Order instructing the parties to propose a schedule for further proceedings, the parties hereby write to the Court to update it on the current status of the D.C. Circuit Court matter and the application to the U.S. Supreme Court for a Stay Pending a Petition for a Writ of Certiorari:

1) On April 1, 2019, the United States Court of Appeals for the District of Columbia Circuit resolved the appeal in this matter, D.C. Circuit Case No. 19-5044, by affirming, in a 2-1 decision, this Court's denial of Plaintiffs' motion for a preliminary injunction.

2) The D.C. Circuit Court provided the Plaintiffs-Appellants 48 hours from the entry of its Opinion to apply to the U.S. Supreme Court and directed the Clerk to "withhold issuance of the mandate pending resolution of any stay application filed in the Supreme Court."

3) On April 3, 2019, Plaintiffs-Appellants filed their Application for Stay of Implementation and Enforcement of Agency Regulation Pending a Petition for a Writ of Certiorari.  *See* Docket #18A1019.[1]  Plaintiffs will, if necessary, after filing for en banc review by the Court of appeals, be filing a writ of certiorari.

4) The U.S. Supreme Court has yet to rule on the Application and it is the understanding of the parties that until the U.S. Supreme Court rules on that Application, the enforcement of the Final Rule is stayed with respect to the Plaintiffs.

5) As any decision by the Court of Appeals en banc and the Supreme Court of the United States could significantly shape further proceedings in this matter, the parties jointly request that this Court grant an extension of the deadline set for filing of a proposed schedule for further proceedings required by the March 18, 2019 Minute Order and propose that the parties file a proposed schedule within three (3) days of the conclusion of any subsequent proceedings on appeal or certiorari, whichever is later.

Dated: April 3, 2019

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

---

[1] https://www.supremecourt.gov/Search.aspx?FileName=/docket/docketfiles/html/public\18a1019.html

(619) 905-9105
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001
*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

/s/
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for Defendants*