UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA,<br>    *et al.*<br><br>    Plaintiffs,<br><br> v.<br><br>BUREAU OF ALCOHOL, TOBACCO<br>FIREARMS, AND EXPLOSIVES,<br>    *et al.*<br><br>    Defendants. | Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

**JOINT STATUS REPORT**

  Pursuant to this Court's May 7, 2019 Minute Order instructing the parties to file a joint status report on the status of the appellate proceedings in this matter, the parties hereby submit the following:

1) On April 1, 2019, the United States Court of Appeals for the District of Columbia Circuit resolved the appeal in this matter, D.C. Circuit Case No. 19-5044, by affirming, in a 2-1 decision, this Court's denial of Plaintiffs' motion for a preliminary injunction.

2) The D.C. Circuit Court provided the Plaintiffs-Appellants 48 hours from the entry of its Opinion to apply to the U.S. Supreme Court and directed the Clerk to "withhold issuance of the mandate pending resolution of any stay application filed in the Supreme Court."

3) On April 3, 2019, Plaintiffs-Appellants filed their Application for Stay of Implementation and Enforcement of Agency Regulation Pending a Petition for a Writ of Certiorari.  *See* Docket #18A1019.[1]

4) On April 5, 2019, the Supreme Court denied the Plaintiffs-Appellants' Application.

5) Plaintiffs-Appellants currently anticipate filing a Petition for Writ of Certiorari.

6) As any decision by the Supreme Court of the United States could significantly shape further proceedings in this matter, the parties jointly request that this Court allow the parties to file a joint status report within three (3) days of the conclusion of proceedings at the Supreme Court.

Dated: May 9th, 2019                                  Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stambouliech Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001
*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER

---

[1] https://www.supremecourt.gov/Search.aspx?FileName=/docket/docketfiles/html/public\18a1019.html

Assistant Branch Director

/s/
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for Defendants*