# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.* <br><br> Defendants. | Case No. 1:18-cv-03086-DLF <br> The Hon. Judge Friedrich |

## STATUS REPORT

COME NOW, the Plaintiffs, by and through undersigned counsel of record, and wish to update the Court on the following matter:

1) On June 18, 2019, Plaintiffs in this matter filed a joint[1] Application with the United States Supreme Court to extend the time to file a petition for writ of certiorari from June 30, 2019 to August 29, 2019 which was submitted to The Chief Justice.

2) On June 24, 2019, The Chief Justice granted Plaintiffs' Application which extended the time to file a petition for writ of certiorari until August 29, 2019.  *See* Docket #18A1352.[2]

---

[1] Plaintiffs filed a joint Application with the plaintiffs in *Damien Guedes, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, Case No. 1:18-cv-02988-DLF.

[2] https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/18a1352.html.

3) Plaintiffs currently anticipate filing their petition for writ of certiorari within this time frame.

4) Plaintiffs will further update the Court if anything changes.

Dated: June 28, 2019                    Respectfully submitted,

                                        */s/ Stephen D. Stambouliéh*
                                        Stephen D. Stambouliéh
                                        Stambouliéh Law, PLLC
                                        P.O. Box 4008
                                        Madison, MS 39130
                                        (601) 852-3440
                                        stephen@sdslaw.us
                                        DC District Court Bar# MS0009

                                        Alan Alexander Beck
                                        Law Office of Alan Beck
                                        2692 Harcourt Drive
                                        San Diego, CA 92123
                                        (619) 905-9105
                                        Alan.alexander.beck@gmail.com
                                        DC District Court Bar# HI001
                                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I, Stephen D. Stamboulieh, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: June 28, 2019.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh