UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*,<br><br>*Plaintiffs*,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>*Defendants.* | No. 18-cv-2988 (DLF) |
| DAVID CODREA, *et al.*,<br><br>*Plaintiffs*,<br>v.<br>MONTY WILKINSON, Attorney General, *et al.*,<br><br>*Defendants.* | No. 18-cv-3086 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motions for Summary Judgment, Dkt. 38 (*Codrea*), Dkt. 61 (*Guedes*), are **GRANTED**. It is further

**ORDERED** that the plaintiffs' Cross Motions for Summary Judgment, Dkt. 44 (*Codrea*), Dkt. 62 (*Guedes*), are **DENIED.**

The Clerk of Court is directed to close this case.

DABNEY L. FRIEDRICH
United States District Judge

February 19, 2021