## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID CODREA, *et al.*,

      *Plaintiffs*,

    v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

      *Defendants*.

No. 18-cv-03086 (DLF)

### ORDER

1. Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, it is **ORDERED** and **ADJUDGED** that judgment is entered for the plaintiffs.

2. The Court **DECLARES** that that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) rule titled Bump-Stock-Type Devices, 83 Fed. Reg. 66,514 (Dec. 26, 2018) (Bump-Stock Rule) was issued in excess of ATF's statutory authority and is therefore unlawful. *See Garland v. Cargill*, 602 U.S. 406, 415 (2024).

3. The plaintiffs' Fifth Amendment Takings Clause claim is **DISMISSED WITHOUT PREJUDICE**.

4. It is **ORDERED** that the plaintiffs shall file any motion for attorney's fees on or before January 29, 2025.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge

December 30, 2024